FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA08-452 M |
| v. | |
| Spears | ORDER OF TEMPORARY DETENTION |
| | PENDING HEARING PURSUANT |
| DEFENDANT(S). | TO BAIL REFORM ACT |

Upon motion of ___def___ , IT IS ORDERED that a detention hearing
is set for ___Wednesday___ , ___9/17/08___ , at ___10:00___ ☒ a.m. / ☐ p.m. before the
Honorable ___Robert N Block___ , in Courtroom ___6 B___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____ *(Other custodial officer)*

Dated: ___9/12/08___        _____
                             U.S. District Judge/Magistrate Judge